IN RE TILLMAN

No. 196P93

Case below: 109 N.C.App. 696

Motion by Durham County DSS to dismiss appeal by Gunetta Tillman for lack of substantial constitutional question allowed 7 October 1993. Petition by Gunetta Tillman for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

INTERSTATE CASUALTY INS. CO. v.
    INTERSTATE INSURORS, INC.

No. 322P93

Case below: 110 N.C.App. 870

Petition by defendant (Jennie H. Shackelford) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

IVEY v. PUROLATOR PRODUCTS, INC.

No. 341P93

Case below: 111 N.C.App. 456

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

JONES v. HUGHES

No. 248P93

Case below: 110 N.C.App. 262

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

KAPLAN v. PROLIFE ACTION LEAGUE OF GREENSBORO

No. 350P93

Case below: 111 N.C.App. 1

Motion by plaintiffs to dismiss defendants' appeal for lack of substantial constitutional question allowed 7 October 1993. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.